1

2

3

4

5

6

7

8

9

10          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
11                   AT TACOMA

12   LARRY DOUGLAS NIXON,

13              Petitioner,

14          v.                                  Case No. C09-5013 FDB/KLS

15   ELDON VAIL,                                ORDER TO AMEND PETITION

16              Respondent.

17

18

19          This habeas corpus petition has been referred to United States Magistrate Judge Karen L.

20   Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and  4.  Petitioner Larry

21   Douglas Nixon seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254.  Dkt. # 3.

22          The Court notes that Mr. Nixon has failed to name the correct Respondent, thereby

23   depriving this Court of personal jurisdiction. *United States v. Giddings*, 740 F.2d 770, 772 (9th Cir.

24   1984).

25   28 U.S.C. § 2243 requires that writs are to be directed "to the person having custody of the person

26   detained." The proper respondent in a federal habeas corpus petition is the petitioner's "immediate

27   custodian." *Demjanjuk v. Meese*, 784 F.2d 1114, 1115 (D.C.Cir. 1986). A custodian "is the person

28   ORDER - 1

having a day-to-day control over the prisoner. That person is the only one who can produce 'the body' of the petitioner." *Guerra v. Meese*, 786 F.2d 414, 416 (D.C.Cir. 1986).

Therefore, Mr. Nixon's custodian for purposes of his habeas corpus petition challenging the execution of his Washington state sentence, is the warden of the prison where he is currently confined. *See, e.g.*, *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Because Mr. Nixon is a Washington state prisoner housed in an out-of-state facility, he should also name the Washington Attorney General as a respondent.

Accordingly, it is **ORDERED**:

(1)   Mr. Nixon shall amend his petition to name his immediate custodian and warden and the Washington Attorney General as Respondents, and shall provide the Court with sufficient copies of the first page of the Petition reflecting the properly named Respondents for service **on or before February 27, 2009**.

(2)   The Court Clerk is directed to send a copy of this Order and a form 28 U.S.C. § 2254 petition to Mr. Nixon, and to note this matter for the Court's **February 27, 2009** calendar.

DATED this  30th  day of January, 2009.


Karen L. Strombom
United States Magistrate Judge

ORDER - 2