UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY DOUGLAS NIXON,

    Petitioner,

v.

ELDON VAIL,

    Respondent.

Case No. C09-5013 FDB

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Magistrate Judge recommends that Petitioner's application to proceed *in forma pauperis* be denied. Petitioner has paid the filing fee and thus, his application is moot.

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's Report and Recommendation is approved and adopted;

(2) Petitioner's application to proceed *in forma pauperis* (Dkt. # 1) is **DENIED**; and

(3) The Clerk is directed to send directed to send copies of this Order to Petitioner.

DATED this 27th day of February, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1