# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

LARRY NIXON,

        Petitioner,

v.

TIMOTHY WENGLER, *et al.*,

        Respondents.

NO. C09-5013 FDB/KLS

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY

Before the Court is Petitioner's Motion for Extension of Time to File a Reply. Dkt. 16. Respondents do not object. Dkt. 17. The Court hereby finds and **ORDERS**:

1. Petitioner's Motion (Dkt. 16) is **GRANTED**; Petitioner's Reply is due **June 7, 2009**;

2. The Clerk of the Court is instructed to send copies of this Order to Petitioner and counsel for Respondents.

DATED this 20th day of May, 2009.

                         /s/ Karen L. Strombom
                         Karen L. Strombom
                         United States Magistrate Judge