# United States District Court

WESTERN DISTRICT OF WASHINGTON

LARRY DOUGLAS NIXON

v.

TIMOTHY WENGLER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5013FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus (Dkts. 3 and 7) are **DENIED** and this action is **DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| __August 26, 2009__ | __BRUCE RIFKIN__ |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |